IN THE UNITED STATES DISTRICT COURT
FOR THE Souther District DISTRICT OF TEXAS
McAllen DIVISION

Father
MELQUIADES MENDIOLA SR
In the Interst of
Ashley Ariely MENDIOLA (Minor)
Plaintiff's name and ID Number

United States District Court
Southern District of Texas
FILED

SEP 0 2 2015

David J. Bradley, Clerk

Form To Be Used By A Prisoner in Filing a Complaint
Under the Civil Rights Act, 42 U.S.C. § 1983

_____
Place of Confinement

CASE NO: **M-15-1427**
_____
(Clerk will assign the number)

v.

Camron County District Attorney Office
Defendant's name and address

F.B.I. / Texas Department of Public Saftey
Defendant's name and address

I.R.S.
Defendant's name and address
(DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE**. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of Texas prison units indicating the appropriate District Court, the Division and an address of the Divisional Clerks.

**FILING FEE AND IN FORMA PAUPERIS**

1. In order for your complaint to be filed, it must be accompanied by the filing fee of **$350.00**.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis* (IFP), setting forth the information to establish your inability to prepay the fees and costs or give security therefore. You must also include a six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...if a prisoner brings a civil action or files and appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire **$350** filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motions(s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedures.

**I. PREVIOUS LAWSUITS:**

   A. Have you filed any other lawsuits in the state or federal court relating to imprisonment?  _____ YES  _____ NO

   B. If your answer to "A" is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: _____

   2. Parties to previous lawsuit:
      Plaintiff(s): _____

      Defendant(s): _____

   3. Court (If federal, name the district; if state, name the county) _____

   4. Docket Number: _____

   5. Name of judge to whom case was assigned: _____

   6. Disposition: (Was the case dismissed, appealed, still pending?)

      _____

   7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: _____

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted both steps of the grievance procedure in this institution? _____ YES ___ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. PARTIES TO THE SUIT:

A. Name of address of plaintiff: _____

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Camron County District Attorney office
Alien's action for tort (28. U.S.C. 1350)

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
Mishandling of a Sexual abuse case (Inquiry's handling

Defendant #2: I.R.S.
My company was used for fraudlet IRS Fraud Ashley's Flower Shop

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
28. U.S.C (1340)

Defendant #3: F.B.I Director M/. James Comey

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
28. U.S.C 1361 Action to compel an officer of the U.S to

Defendant #4: perform his duties Letter have been chapter

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

## V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal argument or cite any cases of statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

We are not seeking a criminal charges on the prosecutor or on the victim assailant. We understand the US District court lack the jurisdiction of either of. Child is a Mexican National she got discriminated and her case was dismissed after indictment, DNA, rape kit, Brownsville Police Affidavits, Monica's video recording of the child interrogation and Valley Baptist medical records

The Alien's action for tort (28 U.S.C. 1350)

## VI. RELIEF:
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite not cases or statutes.

Allow me to proceed in my civil claim

## VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

MELQUIADES MENDOZA JR / Big papi / El Gordo

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if know to you.

01833650 and no others

## VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___ YES ✓ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)
   1. Court that imposed sanctions (If federal, give district and division): _____
   2. Case Number: _____
   3. Approximate date sanctions were imposed: _____
   4. Have the sanctions been lifted or otherwise satisfied? _____ YES _____ NO

C. Has any court ever warned or notified you that sanctions could be imposed? ____ YES __✓__ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed warning (if federal, give the district and division): _____

2. Case number: _____

3. Approximate date warning were imposed: _____

Executed on: __08/26/15__
           (Date)

__MELQUIADES MENDOZA JR.__
(Printed Name)

__/s/ Melquiades Mendoza/__
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachment thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger or serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire **$350** filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from the inmate account by my custodian until the filing fee is paid.

Signed this __26th__ day of __Aug__, 20 __15__.
          (Day)             (Month)         (Year)

__MELQUIADES MENDOZA J.R__
(Printed Name)

__/s/ Melquiades Mendoza/__
(Signature of Plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limbed to monetary sanctions and/or the dismissal of this action with prejudice.

Action to compel an officer of the U.S. to perform his or her duty. Letter have been exhausted and F.T.C.A claims have been seen with no response from agency. The Director Mr. James Comey is harboring the South region FBI after being notified of being abused touched. After being advise that the emblezzed a state settlement, committed prejury to a US District court (28. U.S.C 1361)

Internal Revenue Service I.R.S.; customs duties (28. U.S.C. 1340)
My company was used for fraudulet use Ashley's Flowershop letter have been send to the Criminal Investagation unit with no success.

Camron County District Attoney office
On 2012 my name and my identy or someone else identify was used threw natinal televison on newmedia on chargers that I never been indiated or arranged in a courtroom
The DA released this information threw KGTB channel 5 and KRGBT channel 4

Texas Department of Public Safety
In a civil case the Plaintiff has the right to request the Texas Department of public safety to release all DNA photos, evidence in the possion of the sexuall abuse that has not been summitted for laboratory CEO/CM/chairman analysis.

Info on the back
Retained copy

Melquiad Mendiola

The court shall determine that outsourcing of a portion of the submitted evidence is necessary for analysis of the evidence. GOV 420.032

Camron County District Attoney's office 14th amendment Aricle 1 no state shall deprive no liberty without any due law of process. The state of texas doesn't have an indictment. serves two function First it gives the court juristiction over the case and secondly it satisfes due law process regarrements. which the Camon county has failed to present indictment and due law of proces false imprisoment.

Relaing upn



MELQUIADES MENDIOLA TX#01833618
Hughes Unit L-6-B
Rt 2 Box 4400
Gatesville, TX 76597

S
M-15-1427

CLERK U.S. DISTRICT COURT
SOUTHERN DIST OF TEXAS
RECEIVED
SEP 02 2015

US District Court
Bentsen Tower
1701 W Business Hwy 83
McAllen, TX 78501 rm 1011